

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. 03-649

IN THE MATTER OF J.B.K. and J.T.K.,

Youths in Need of Care.

## ORDER TO SUBSTITUTE APPENDIX

Good cause appearing, and counsel for the State having represented that Appellant's counsel has no objection,

IT IS HEREBY ORDERED that counsel for the State prepare a copy of the current Appendix of Appellant's brief with the children's parents' names blacked out. The State Law Library is directed to substitute the altered copy for the current Appendix now posted on this Court's web site.

DATED this _____5_____ day of February, 2004.

_Act_ CHIEF JUSTICE _John Warner_

FILED

FEB - 6 2004

_Ed Smith_
CLERK OF THE SUPREME COURT
STATE OF MONTANA